## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Ray Spann, <br> a/k/a Anthony Ray Dunham, <br><br> Plaintiff, <br><br> v. <br><br> City of Minneapolis, Steven J. Herron, <br> and Calvin D. Cook, <br><br> Defendants. | Civil No. 08-41 (DWF/JJK) <br><br><br><br> **ORDER FOR JUDGMENT** |

Karl E. Robinson, Esq., Hellmuth & Johnson, PLLC, counsel for Plaintiff.

Timothy S. Skarda, Assistant Minneapolis City Attorney, and Darla Jo Boggs, Assistant Minneapolis City Attorney, counsel for Defendants.

The above-entitled matter came on for a trial before the undersigned and a jury on May 11-14, 2009. On May 14, 2009, the jury returned its verdict in the form of Special Verdict answers to the questions that were posed to it by the Court.

Based upon all of the files, records, and proceedings herein, including the answers to the Special Verdict questions returned by the jury on May 14, 2009, subscribed by the foreperson thereof on the same date (a copy of which is attached hereto and incorporated herein as Appendix A), the Court hereby enters the following:

# ORDER

1. Plaintiff's Complaint against the Defendants in this case is **DISMISSED WITH PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 15, 2009                    s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       Judge of United States District Court